UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

ANTHONY PIETROPINTO,

Defendant.

- - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 9 2019
```

**INFORMATION**

**1 9 CRIM 2 6 1**

COUNT ONE
(Conspiracy to Distribute Narcotics)

The United States Attorney charges:

1.     From at least in or about 2013, up to and including in or about 2017, in the Southern District of New York and elsewhere, ANTHONY PIETROPINTO, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree, together and with each other, to violate the narcotics laws of the United States.

2.     It was a part and an object of the conspiracy that ANTHONY PIETROPINTO, the defendant, and others known and unknown, would and did distribute and dispense, possess with intent to distribute and dispense, and cause to be distributed and dispensed, a controlled substance, outside the scope of professional practice and not for a legitimate medical purpose, in violation of Title 21, United States Code, Section 841(a)(1).

JUDGE BRODERICK

3. The controlled substance that ANTHONY PIETROPINTO, the defendant, conspired to distribute and dispense, possess with intent to distribute and dispense, and caused to be distributed and dispensed, outside the scope of professional practice and not for a legitimate medical purpose, was a quantity of mixtures and substances containing a detectable amount of oxycodone, in violation of 21 U.S.C. § 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## COUNTS TWO AND THREE
### (Narcotics Distribution)

The United States Attorney further charges:

4. On or about the dates set forth below, in the Southern District of New York and elsewhere, ANTHONY PIETROPINTO, the defendant, intentionally and knowingly distributed and dispensed, possessed with the intent to distribute and dispense, and caused to be distributed and dispensed, a controlled substance, outside the scope of professional practice and not for a legitimate medical purpose, in violation of Title 21, United States Code, Section 841(a)(1).

| Count | Date |  |
|-------|------|---|
| 2 | July 6, 2016 |  |
| 3 | October 11, 2017 |  |

5. The controlled substance involved in the offenses was a quantity of mixtures and substances containing a detectable amount

2

of oxycodone, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1) and (b)(1)(C); and Title 18, United Sates Code, Section 2.)

## FORFEITURE ALLEGATIONS

6.    As a result of committing the offenses alleged in Counts One, Two, and Three of this Information, ANTHONY PIETROPINTO, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

## Substitute Assets Provision

7.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence;  (b) has been transferred or sold to, or deposited with, a third person; (c) has been placed beyond the jurisdiction of the Court;  (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty; it

3

is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

GEOFFREY S. BERMAN
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**ANTHONY PIETROPINTO,**

**Defendant.**

**INFORMATION**

19 Cr. \_\_\_ (VSB)

(21 U.S.C. §§ 841 and 846)

GEOFFREY S. BERMAN
United States Attorney