

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2020

**BY ECF & EMAIL**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Anthony Pietropinto,* **19 Cr. 261 (VSB)**

Dear Judge Broderick:

      The Government writes regarding the above-captioned case.  Defense counsel has informed the Government that the defendant intends to enter a guilty plea.  In light of this development, and with consent of defense counsel, the Government respectfully requests that the Court adjourn the status conference currently scheduled for April 16, 2020, set a change of plea hearing for a date in late June 2020, and excluded time from calculation under the Speedy Trial act through the date of the plea.  The requested exclusion of time will serve the interests of justice, as it will allow the defendant an opportunity to prepare for the plea hearing and will reduce the risks to the parties and the Court posed by the current COVID-19 pandemic.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By: _____
      Stephanie Lake / Nicolas Roos
      Assistant United States Attorneys
      (212) 637-1066 / 2421

cc: Glenn Colton, Esq. (by ECF & Email)
    Melissa Trenk, Esq. (by ECF & Email)